UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24495-Civ-COOKE/WHITE
(15-20691-Cr-COOKE)

MICHELLE FILIPPELLI, formerly
known as MICHELLE DOPAZO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On October 31, 2016, Judge White issued a Report of Magistrate Judge (ECF No. 5) recommending that (i) Michelle Filippelli's Motion to Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) be denied on the merits, (ii) no certificate of appealability issue, and (iii) this case be closed.

Movant Michelle Filippelli did not file objections to the Report of Magistrate Judge, and the time to do so has passed. I have considered Judge White's Report, and have made a *de novo* review of the record. I find Judge White's Report clear, cogent, and compelling.

It is **ORDERED and ADJUDGED** that Judge White's Report (ECF No. 5) with respect to the merits of the case is **AFFIRMED and ADOPTED**. Accordingly, the Motion to Correct Sentence (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not

show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

      **DONE and ORDERED** in chambers, at Miami, Florida, this 18th day of November 2016.

                          */s/ Marcia G. Cooke*
                          MARCIA G. COOKE
                          United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Michelle Filippelli*, pro se
*Counsel of record*